**In the Matter of the JUDICIAL VACAN-CY IN JUDGESHIP NO. 9 IN the CHAMBER AT WASHBURN, NORTH DAKOTA, SOUTH CENTRAL JUDICIAL DISTRICT.**

**No. 940102.**

Supreme Court of North Dakota.

May 18, 1994.

## ORDER

On April 5, 1994, the Honorable O.A. Schulz notified this Court that he would not seek election to District Judgeship No. 9 in the South Central Judicial District with chambers in Washburn, thus creating a va--

cancy as of January 1, 1995, under Section 27–05–02.1(4), N.D.C.C.

Section 27–05–02.1, N.D.C.C., requires a decision by the Supreme Court within 90 days after notification of a judicial vacancy, and requires an order that:

a. the vacancy be filled or the judgeship be retained; or,

b. the vacant office be transferred; or,

c. the vacant office be abolished.

A hearing on the vacancy was held before the Honorable Vernon R. Pederson, Surrogate Judge, sitting as a Hearing Officer, in Washburn on April 21, 1994. Consultation with judges and attorneys of the South Central Judicial District took place in the Supreme Court courtroom on May 9, 1994.

This order is based on the determination that the office is necessary for effective judicial administration under Section 27–05–02.1, N.D.C.C., notwithstanding the reduction in the number of judges required by Section 27–05–01(2), N.D.C.C.

IT IS THEREFORE ORDERED, that Judgeship No. 9 at Washburn in the South Central Judicial District be retained; that an election for this office be held; and that this office appear on the primary and general election ballots in North Dakota.

/s/ Gerald W. VandeWalle
    GERALD W. VANDE WALLE,
    Chief Justice

/s/ Herbert L. Meschke
    HERBERT L. MESCHKE,
    Justice

/s/ Beryl J. Levine
    BERYL J. LEVINE,
    Justice

/s/ William A. Neumann
    WILLIAM A. NEUMANN,
    Justice

/s/ Dale V. Sandstrom
    DALE V. SANDSTROM,
    Justice